### Cox v. McElroy.

PER CURIAM. Under the pleadings and the evidence the court did not err in granting an interlocutory injunction.

*Judgment affirmed. All the Justices concur, except Gilbert, J., dissenting.*
No. 3459.   SEPTEMBER 6, 1923.

Injunction.   Before Judge Bryan.   Fulton superior court.   October 3, 1922.

*W. Carroll Latimer* and *J. W. Mason,* for plaintiff in error.
*Hendrix & Buchanan,* contra.